UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: BUSH, STEVEN D                             § Case No. 12-46302
                                                  §
                                                  §
                                                  §
Debtor(s)                                         §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that CHARLES J. MYLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 30 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 on 6/13/14 in Courtroom 240, United States Courthouse,
100 S. Third St.
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/12/2014            By: /s/CHARLES J. MYLER
                                                              Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL 60505
(630) 897-8475

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: BUSH, STEVEN D § Case No. 12-46302
§
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 3,500.00 |
| *and approved disbursements of* | $ 80.00 |
| *leaving a balance on hand of* [1] | $ 3,420.00 |
| **Balance on hand:** | $ 3,420.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 12 -3 | CDH-Delnor Health System | 148,990.29 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 3,420.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - CHARLES J. MYLER | 875.00 | 0.00 | 138.93 |
| Attorney for Trustee, Fees - Myler, Ruddy & McTavish | 20,637.50 | 0.00 | 3,276.81 |
| Attorney for Trustee, Expenses - Myler, Ruddy & McTavish | 26.80 | 0.00 | 4.26 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,420.00 |
| Remaining balance: | $ 0.00 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 27,601,629.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Branch Banking & Trust Company | 78,089.07 | 0.00 | 0.00 |
| 2 | Sallie Mae | 65,661.85 | 0.00 | 0.00 |
| 3 | FIA CARD SERVICES, N.A. | 26,873.72 | 0.00 | 0.00 |
| 4 | American InfoSource LP as agent for | 283.20 | 0.00 | 0.00 |
| 5 | American InfoSource LP as agent for | 263.71 | 0.00 | 0.00 |
| 6 | American Express Centurion Bank | 244.90 | 0.00 | 0.00 |
| 7 | Mirabella, Kincaid, Frederick & Mirabell | 20,900.00 | 0.00 | 0.00 |
| 8 | BMO Harris Bank, N.A. | 3,635,003.36 | 0.00 | 0.00 |
| 9 | MB Financial Bank N A | 3,116,557.94 | 0.00 | 0.00 |
| 10 | MB Financial Bank N A | 3,116,557.94 | 0.00 | 0.00 |
| 11 | American Express Bank, FSB | 189,722.76 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 13 | Suburban Bank & Trust Company | 17,354.81 | 0.00 | 0.00 |
| 14 | Jeffrey D. Postlewaite, D.O., S.C. | 0.00 | 0.00 | 0.00 |
| 15 | Jeffrey D. Postlewaite, D.O., S.C. | 0.00 | 0.00 | 0.00 |
| 16 | Jeffrey Postlewaite | 0.00 | 0.00 | 0.00 |
| 17 | Jeffrey D. Postlewaite, D.O., S.C. | 0.00 | 0.00 | 0.00 |
| 18 | Americorp Financial, LLC | 37,941.77 | 0.00 | 0.00 |
| 19 | US Bank NA dba US Bank Equipment Finance | 127,174.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/CHARLES J. MYLER
Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL 60505
(630) 897-8475

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                            United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                                    Case No. 12-46302-DRC
Steven D Bush                                                             Chapter 7
          Debtor                     CERTIFICATE OF NOTICE
District/off: 0752-1           User: mflowers                Page 1 of 3                  Date Rcvd: May 15, 2014
                               Form ID: pdf006               Total Noticed: 60


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2014.
db            #+Steven D Bush,    1325 Larson St,    Sycamore, IL 60178-1069
19728423       +American Express,    P.O. Box 981535,    El Paso, TX 79998-1535
20338096        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20207297        American Express Centurion Bank,     c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19728424       +Americorp Financial, LLC,    c/o Law Offices of Richard A. Green,     705 S. Main St., Ste. 270,
                 Plymouth, MI 48170-2089
19728425       +Amy Grace, Esq.,    Chuhak & Tecson, PC,    30 S. Wacker Dr., Suite 2600,     Chicago, IL 60606-7512
19728426       +Auto-Owners Insurance Company,    6101 Anacapri Blvd,     Lansing, MI 48917-3994
19728427       +Avram Builders, LLC,    1255 Bond St., Suite 111,    Naperville, IL 60563-2794
19728430        BMO Harris Bank, N.A.,    Formaly as Harris N A/ of federal deposi,
                 Insurance Corp for Amcore Bank N A,    C/O Matthew M Hevrin,Hinshaw & Culbertso,
                 LLP 100 Park Ave Rockford,IL 61101
19728428        Bank Of America,    PO Box 851001,    Dallas, TX  75285-1001
19728421       #+Bush Steven D,    3310 West Main St Suite 200,    St. Charles, IL 60175-1024
19728433       +CDH-Delnor Health System,    300 Randall Rd.,    Geneva, IL 60134-4200
20339578       +CDH-Delnor Health System,    Delnor-Community Hospital, Illinois,
                 Chuhak & Tecson, Francisco E Connell,    30 South Wacker Drive Suite 2600,
                 Chicago, IL 60606-7512
19728431       +Carolyn Mills,    Daniel Lynch - Lynch & Stern LLP,    150 S. Wacker Drive, Suite 2600,
                 Chicago, IL 60606-4202
19728432       +Carrie Mills, MD,    39W152 Warner Lane,    Geneva, IL 60134-6037
19728434       +Citibank,    P.O. Box 6241,   Sioux Falls, SD 57117-6241
19728435       +Citibusiness Card,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
19728436       +Dwight Avram,    33W797 Fletcher Road,    Wayne, IL 60184-2224
20165651        FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
19728437       +First American Bank,    700 Busse Rd.,    Elk Grove Village, IL 60007-2133
19728438       +First Community Bank Of Joliet,    C/O Guerard, Kalina & Butkus,    310 S County Farm Rd, Suite H,
                 Wheaton, IL 60187-2409
19728439       +Fox Valley Women & Children Health Ptnrs,     3310 W. Main St., Ste. 200,
                 St. Charles, IL 60175-1024
19728440       +General Electric Capital Corporation,     500 W. Monroe St.,    Chicago, IL 60661-3688
19728441       +Grace Wang,    2S036 Grove Hill Dr.,    Batavia, IL 60510-9504
19728442       +Grace Wang, MD,    Daniel Lynch - Lynch & Stern LLP,    150 S. Wacker Drive, Suite 2600,
                 Chicago, IL 60606-4202
19728443       +Gretchen Vandy,    1303 S 8th St.,    St. Charles, IL 60174-3802
19728445       +Harris Bank,    P.O. Box 94034,   Palatine, IL 60094-4034
19728446      #+Innovative Medical Consultants, Ltd,     3310 W. Main St., Ste. 200,    St. Charles, IL 60175-1024
19728448        +Jaime Bush,    10 Fairview Ave.,    Deerfield, IL 60015-4727
20348563       +Jeffrey D. Postlewaite, D.O., S.C.,    William J. Factor,    Law Office of William Factor,
                 105 W. Madison Street,Suite 1500,    Chicago, IL 60602-4602
20348522       +Jeffrey Postlewaite,    William J. Factor,    Law Office of William Factor,
                 105 W. Madison Street,Suite 1500,    Chicago, IL 60602-4602
19728450      #+M & S Holding, Ltd.,    3310 W. Main St., Suite 200,    St. Charles, IL 60175-1024
19728454       +MB Financial Bank N A,    Aronberg Goldgehn C/O William,     J Serritella Jr.,
                 330 N Wabash Suite 1700,    Chicago,IL 60611-7765
19728451       +Mark Regnier,    C/O Brady & Jensen,    2425 Royal Blvd,    Elgin, IL 60123-2507
19728452       +Mary C O'Connor, Esq.,    Attorney At Law,    222 N. LaSalle St., Ste. 1400,
                 Chicago, IL 60601-1059
19728453       +Mary C. O'Connor,    Attorney At Law,    222 N. LaSalle St, Ste 1400,    Chicago, IL 60601-1059
19728455        Michael C. Doyen, Esq.,    Robert A. Chapski, Ltd,    1815 Grandstand Place,
                 Elgin, IL  60123-4916
19728456       +Michael Denker,    40W153 Carl Sandburg Dr,    St. Charles, IL 60175-7784
19728457       +Mirabella, Kincaid, Frederick & Mirabell,     1737 South Naperville Road, Suite 100,
                 Wheaton, IL 60189-5894
19728458        Pokorny & Associates, Ltd,    100 Jorie Blvd, Suite 260,     Oak Brook, IL  60523
20011251       +Provena Properties,    19065 Hickory Creek Drive,    suite 300,    Mokena,IL 60448-8599
19728459       +Quest Diagnostics, LLC,    C/O Miller, Canfield, Paddock & Stone,
                 225 W. Washington St., Ste. 2600,    Chicago, IL 60606-3439
19728422        Ruddy & King, LLC,    2631 Ginger Woods Parkway Suite 101,     Aurora, IL  60502-7429
19728461       +Suburban Bank & Trust Company,    372 N. Wood Dale Rd.,     Wood Dale, IL 60191-1588
20347639       +Suburban Bank & Trust Company,    c/o Clay Belongia,    150 Butterfield Road,
                 Elmhurst, Illinois 60126-5198
19728463       +TLC Healthcare Finance,    4191 Fayetteville Rd.,    Raleigh, NC 27603-3605
19728462       +Teresa Homan,    C/O Brady & Jensen,    2425 Royal Blvd,    Elgin, IL 60123-2507
19728464       +Toyota Motor Credit,    1111 W. 22nd St., Ste. 420,    Oak Brook, IL 60523-1959
19728465        U.S. Bancorp Equipment Finance, Inc.,    P.O. Box 230789,    Portland, OR  97281-0789
20937006       +US Bank NA dba US Bank Equipment Finance,     1310 Madrid Street,    Marshall, MN 56258-4099
19728466       +Venus Concept,    4556 N. Hiatus Road,    Sunrise, FL 33351-7987
19728467       +Wells Fargo Dealer Services,    P.O. Box 1697,    Winterville, NC 28590-1697
19728468       +William J. Arendt & Assocociates, P.C.,     7035 Veterans Blvd., Ste. A,
                 Burr Ridge, IL 60527-5677
```

```
District/off: 0752-1            User: mflowers               Page 2 of 3             Date Rcvd: May 15, 2014
                                Form ID: pdf006              Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20169275       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 16 2014 01:00:57
               American InfoSource LP as agent for,   First Data Global Leasing,   PO Box 248838,
               Oklahoma City, OK   73124-8838
19728429       E-mail/Text: bankruptcy@bbandt.com May 16 2014 00:50:38      BB&T,   P.O. Box 1847,
               Wilson, NC   27894
20082141       E-mail/Text: bankruptcy@bbandt.com May 16 2014 00:50:38      Branch Banking & Trust Company,
               BBT/Bankruptcy Section /100-50-01-51,   Pob 1847,   Wilson, NC 27894
19728447       E-mail/Text: cio.bncmail@irs.gov May 16 2014 00:50:31      Internal Revenue Service,   PO Box 7346,
               Philadelphia, PA   19101-7346
19728449      +E-mail/Text: inbound_collections@keybank.com May 16 2014 00:51:34      KeyBank,
               4910 Tiedeman Rd.,   Brooklyn, OH 44144-2338
20116855      +E-mail/PDF: pa_dc_claims@navient.com May 16 2014 00:52:45      Sallie Mae,   c/o Sallie Mae Inc,
               220 Lasley Ave,   Wilkes Barre Pa 18706-1496
19728460       E-mail/PDF: pa_dc_claims@navient.com May 16 2014 00:54:49      SallieMae,   P.O. Box 9500,
               Wilkes-Barre, PA   18773-9500
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20011250      Jeffrey D Postlewaite
19728444*    +Gretchen Vandy,   1303 S 8th St,   St. Charles, IL 60174-3802
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2014                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2014 at the address(es) listed below:
```
              Amy A Aronson    on behalf of Creditor    Branch Banking & Trust Company amyaronson@comcast.net,
               amyaronson@comcast.net
              Amy J Hansen    on behalf of Creditor Grace  Wang ahansen@lynchandstern.com,
               lynchandsterndocketing@gmail.com
              Amy J Hansen    on behalf of Plaintiff Carolyn  Mills, M.D. ahansen@lynchandstern.com,
               lynchandsterndocketing@gmail.com
              Amy J Hansen    on behalf of Creditor Carolyn  Mills ahansen@lynchandstern.com,
               lynchandsterndocketing@gmail.com
              Amy J Hansen    on behalf of Plaintiff Grace  Wang, M.D. ahansen@lynchandstern.com,
               lynchandsterndocketing@gmail.com
              Ariane  Holtschlag    on behalf of Creditor Jeffrey  Postlewaite aholtschlag@wfactorlaw.com,
               gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com
              Charles J Myler    on behalf of Attorney Charles J Myler candkmyler850@sbcglobal.net,
               IL57@ecfcbis.com
              Charles J Myler    candkmyler850@sbcglobal.net,   IL57@ecfcbis.com
              Charles J Myler    on behalf of Trustee Charles J Myler cmyler@mrmlaw.com,   IL57@ecfcbis.com
              Cynthia G. Feeley    on behalf of Creditor    Suburban Bank & Trust Company feeleypc@aol.com
              Daniel F Lynch    on behalf of Plaintiff Grace  Wang, M.D. dan@lynchandstern.com,
               lynchandsterndocketing@gmail.com
              Daniel F Lynch    on behalf of Creditor Carolyn  Mills dan@lynchandstern.com,
               lynchandsterndocketing@gmail.com
              Daniel F Lynch    on behalf of Plaintiff Carolyn  Mills, M.D. dan@lynchandstern.com,
               lynchandsterndocketing@gmail.com
              Daniel F Lynch    on behalf of Creditor Grace  Wang dan@lynchandstern.com,
               lynchandsterndocketing@gmail.com
              Francisco  Connell    on behalf of Creditor    Delnor-Community Hospital, an Illinois
               not-for-profit Corporation fconnell@chuhak.com,   hcummins@chuhak.com
```

```
District/off: 0752-1          User: mflowers              Page 3 of 3              Date Rcvd: May 15, 2014
                              Form ID: pdf006             Total Noticed: 60

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Francisco   Connell    on behalf of Creditor    CDH-Delnor Health System, an Illinois not-for-profit
               Corporation fconnell@chuhak.com,   hcummins@chuhak.com
              G. Alexander  McTavish    on behalf of Trustee Charles J Myler amctavish@fmcolaw.com
              James M Philbrick    on behalf of Creditor    Toyota Motor Credit Corporation jmphilbrick@att.net
              Jeffrey K. Paulsen    on behalf of Creditor   Jeffrey D. Postlewaite, D.O., S.C.
               jpaulsen@wfactorlaw.com,
               gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;jpaulsen@ecf.inforuptcy.com
              Jeffrey K. Paulsen    on behalf of Creditor Jeffrey  Postlewaite jpaulsen@wfactorlaw.com,
               gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;jpaulsen@ecf.inforuptcy.com
              Jeffrey K. Paulsen    on behalf of Creditor Jeffrey D. Postlewaite, D.O. jpaulsen@wfactorlaw.com,
               gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;jpaulsen@ecf.inforuptcy.com
              Jeffrey K. Paulsen    on behalf of Plaintiff   Jeffrey D. Postlewaite, D.O., S.C.
               jpaulsen@wfactorlaw.com,
               gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;jpaulsen@ecf.inforuptcy.com
              Jeffrey K. Paulsen    on behalf of Plaintiff Jeffrey D. Postlewaite, D.O. jpaulsen@wfactorlaw.com,
               gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;jpaulsen@ecf.inforuptcy.com
              Jillian S Cole    on behalf of Creditor    MB Financial mmarzuki@agdglaw.com,   jcole@agdglaw.com,
               wserritella@agdglaw.com,clong@agdglaw.com,etapia@agdglaw.com
              Lincoln M King    on behalf of Debtor Steven D Bush lincoln@ruddyking.com,   jruddy@ruddyking.com
              M. Gretchen Silver    on behalf of U.S. Trustee Patrick S Layng ustpregion11.es.ecf@usdoj.gov,
               gretchen.silver@usdoj.gov;denise.delaurent@usdoj.gov;maria.e.yapan@usdoj.gov
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Rebecca D Bush    on behalf of Defendant Steven D Bush, M.D. rdobbs@salawus.com,
               ahannon@salawus.com
              Rebecca D Bush    on behalf of Defendant Steven D Bush rdobbs@salawus.com,   ahannon@salawus.com
              Rebecca D Bush    on behalf of Debtor Steven D Bush rdobbs@salawus.com,   ahannon@salawus.com
              William J Factor    on behalf of Plaintiff Jeffrey D. Postlewaite, D.O. wfactor@wfactorlaw.com,
               wfactorlaw@gmail.com;gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;wfactor@ecf.inforuptcy
               .com
              William J Factor    on behalf of Creditor   Jeffrey D. Postlewaite, D.O., S.C.
               wfactor@wfactorlaw.com,
               wfactorlaw@gmail.com;gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;wfactor@ecf.inforuptcy
               .com
              William J Factor    on behalf of Creditor Jeffrey  Postlewaite wfactor@wfactorlaw.com,
               wfactorlaw@gmail.com;gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;wfactor@ecf.inforuptcy
               .com
              William J Factor    on behalf of Creditor Jeffrey D. Postlewaite, D.O. wfactor@wfactorlaw.com,
               wfactorlaw@gmail.com;gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;wfactor@ecf.inforuptcy
               .com
              William J Factor    on behalf of Plaintiff   Jeffrey D. Postlewaite, D.O., S.C.
               wfactor@wfactorlaw.com,
               wfactorlaw@gmail.com;gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;wfactor@ecf.inforuptcy
               .com
                                                                                             TOTAL: 35
```