**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: BUSH, STEVEN D § Case No. 12-46302
§
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

CHARLES J. MYLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $1,207,339.20          Assets Exempt: $89,500.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00    Claims Discharged
                                          Without Payment: $27,601,629.03

Total Expenses of Administration: $3,500.00

3) Total gross receipts of $ 3,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $3,500.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $120,407.00 | $148,990.29 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 21,619.30 | 21,619.30 | 3,500.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 78,103.00 | 27,601,629.03 | 27,601,629.03 | 0.00 |
| TOTAL DISBURSEMENTS | $198,510.00 | $27,772,238.62 | $27,623,248.33 | $3,500.00 |

4) This case was originally filed under Chapter 7 on November 26, 2012. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/08/2014         By: /s/CHARLES J. MYLER
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2010 Mazda 3 | 1129-000 | 3,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$3,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 -3 | CDH-Delnor Health System | 4110-000 | N/A | 148,990.29 | 0.00 | 0.00 |
| NOTFILED | KeyBank | 4110-000 | 60,560.00 | N/A | N/A | 0.00 |
| NOTFILED | Toyota Motor Credit | 4110-000 | 57,776.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Dealer Services | 4110-000 | 2,071.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$120,407.00** | **$148,990.29** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHARLES J. MYLER | 2100-000 | N/A | 875.00 | 875.00 | 138.93 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 20,637.50 | 20,637.50 | 3,276.81 |
| Myler, Ruddy & McTavish | 3120-000 | N/A | 26.80 | 26.80 | 4.26 |

UST Form 101-7-TDR (10/1/2010)

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $21,619.30 | $21,619.30 | $3,500.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Branch Banking & Trust Company | 7100-000 | 78,103.00 | 78,089.07 | 78,089.07 | 0.00 |
| 2 | Sallie Mae | 7100-000 | N/A | 65,661.85 | 65,661.85 | 0.00 |
| 3 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 26,873.72 | 26,873.72 | 0.00 |
| 4 | American InfoSource LP as agent for | 7100-000 | N/A | 283.20 | 283.20 | 0.00 |
| 5 | American InfoSource LP as agent for | 7100-000 | N/A | 263.71 | 263.71 | 0.00 |
| 6 | American Express Centurion Bank | 7100-000 | N/A | 244.90 | 244.90 | 0.00 |
| 7 | Mirabella, Kincaid, Frederick & Mirabell | 7100-000 | N/A | 20,900.00 | 20,900.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| # | Creditor | Code | | Amount | Amount | Paid |
|---|---|---|---|---|---|---|
| 8 | BMO Harris Bank, N.A. | 7100-000 | N/A | 3,635,003.36 | 3,635,003.36 | 0.00 |
| 9 | MB Financial Bank N A | 7100-000 | N/A | 3,116,557.94 | 3,116,557.94 | 0.00 |
| 10 | MB Financial Bank N A | 7100-000 | N/A | 3,116,557.94 | 3,116,557.94 | 0.00 |
| 11 | American Express Bank, FSB | 7100-000 | N/A | 189,722.76 | 189,722.76 | 0.00 |
| 13 | Suburban Bank & Trust Company | 7100-000 | N/A | 17,186,354.81 | 17,186,354.81 | 0.00 |
| 14 | Jeffrey D. Postlewaite, D.O., S.C. | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 15 | Jeffrey D. Postlewaite, D.O., S.C. | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 16 | Jeffrey Postlewaite | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 17 | Jeffrey D. Postlewaite, D.O., S.C. | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 18 | Americorp Financial, LLC | 7100-000 | N/A | 37,941.77 | 37,941.77 | 0.00 |
| 19 | US Bank NA dba US Bank Equipment Finance | 7100-000 | N/A | 127,174.00 | 127,174.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $78,103.00 | $27,601,629.03 | $27,601,629.03 | $0.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 12-46302
Case Name: BUSH, STEVEN D

Period Ending: 07/08/14

Trustee: (330510) CHARLES J. MYLER
Filed (f) or Converted (c): 11/26/12 (f)
§341(a) Meeting Date: 01/07/13
Claims Bar Date:

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1 Cash<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 52 | 500.00 | 0.00 | | 0.00 | FA |
| 2 Checking at Citibank<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 52; Original asset description: Checking at Citibank certificates of deposit or | 3,000.00 | 0.00 | | 0.00 | FA |
| 3 Misc. household goods and furnishings<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 52; Original asset description: Misc. household goods and furnishings audio, vid | 2,000.00 | 1,500.00 | | 0.00 | FA |
| 4 baseball card collection, sports memorabilia<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 52; Original asset description: baseball card collection, sports memorabilia sta | 200.00 | 0.00 | | 0.00 | FA |
| 5 Nec. clothing<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 52 | 500.00 | 0.00 | | 0.00 | FA |
| 6 wedding ring and jewelry<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 52 | 500.00 | 500.00 | | 0.00 | FA |
| 7 Term life insurance issued by West Coast Life<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 52; Original asset description: Term life insurance issued by West Coast Life in | 0.00 | 0.00 | | 0.00 | FA |
| 8 401(k)<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 52 | 74,000.00 | 0.00 | | 0.00 | FA |
| 9 Rollover 401(k)<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 52; Original asset description: Rollover 401(k) Give particulars. | 8,400.00 | 0.00 | | 0.00 | FA |

Printed: 07/08/2014 07:51 PM   V.13.15

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 12-46302
Case Name: BUSH, STEVEN D

Period Ending: 07/08/14

Trustee: (330510) CHARLES J. MYLER
Filed (f) or Converted (c): 11/26/12 (f)
§341(a) Meeting Date: 01/07/13
Claims Bar Date:

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 10 | 100% ownership in M & S Holding, Ltd.; holding c<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 52 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 100% ownership of Innovative Medical Consulting,<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 52 | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 12 | 50% ownership in Empire Ventures, LLC (owns 16 a<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1; | 0.00 | 0.00 | | 0.00 | FA |
| 13 | 51% ownership of Fox Valley Women & Children's H<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 52 | 0.00 | 0.00 | | 0.00 | FA |
| 14 | loans to Fox Valley Women & Children's Health Pa<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 52 | 915,539.20 | 915,539.20 | | 0.00 | FA |
| 15 | 2010 Mazda 3<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 52 | 8,000.00 | 3,529.00 | | 3,500.00 | FA |
| 16 | 2012 Toyota Sequoia<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 52 | 46,000.00 | 0.00 | | 0.00 | FA |
| 17 | 2 waverunners<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 52 | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 18 | Boat Slip<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 52; Original<br>asset description: nly2004 Rinker 320 | 50,000.00 | 0.00 | | 0.00 | FA |
| 19 | are OBoat Slip<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1; | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 20 | boat trailer<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 52; Original<br>asset description: Softwboat trailer | 200.00 | 200.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-46302  
**Case Name:** BUSH, STEVEN D  

**Trustee:** (330510)  CHARLES J. MYLER  
**Filed (f) or Converted (c):** 11/26/12 (f)  
**§341(a) Meeting Date:** 01/07/13  
**Claims Bar Date:**

**Period Ending:** 07/08/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 21 | month on leases) 50% ownership in Empire Venture<br>Orig. Asset Memo: Imported from Amended Doc#: 52 | 0.00 | 0.00 | | 0.00 | FA |
| 22 | 51% interest in SCG Investments LLC; set up to b<br>Orig. Asset Memo: Imported from Amended Doc#: 52 | 0.00 | 0.00 | | 0.00 | FA |
| 23 | interest in Cura Investment Group, LLC; pays Deb<br>Orig. Asset Memo: Imported from Amended Doc#: 52 | 0.00 | 0.00 | | 0.00 | FA |
| 24 | 2004 Rinker 320<br>Imported from Amended Doc#: 52 | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 24 | Assets  Totals (Excluding unknown values) | $1,215,339.20 | $1,027,768.20 | | $3,500.00 | $0.00 |

**Major Activities Affecting Case Closing:**

Trustee is monitoring control of case and progress in related Chapter 11

**Initial Projected Date Of Final Report (TFR):** June 30, 2013       **Current Projected Date Of Final Report (TFR):** March 31, 2014

Printed: 07/08/2014 07:51 PM    V.13.15

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 12-46302 |
|---|---|
| Case Name: | BUSH, STEVEN D |
| Taxpayer ID #: | **-***0514 |
| Period Ending: | 07/08/14 |

| Trustee: | CHARLES J. MYLER (330510) |
|---|---|
| Bank Name: | Rabobank, N.A. |
| Account: | ******9566 - Checking Account |
| Blanket Bond: | $5,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/12/13 | {15} | Innovative Medical Consulting, Inc. | Proceeds from sale of car to debtor | 1129-000 | 3,500.00 | | 3,500.00 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,490.00 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,480.00 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,470.00 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,460.00 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,450.00 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,440.00 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,430.00 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,420.00 |
| 06/14/14 | 101 | CHARLES J. MYLER | Dividend paid 15.87% on $875.00, Trustee Compensation; Reference: | 2100-000 | | 138.93 | 3,281.07 |
| 06/14/14 | 102 | Myler, Ruddy & McTavish | Dividend paid 15.87% on $26.80, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 4.26 | 3,276.81 |
| 06/14/14 | 103 | Myler, Ruddy & McTavish | Dividend paid 15.87% on $20,637.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,276.81 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 3,500.00 | 3,500.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 3,500.00 | 3,500.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $3,500.00 | $3,500.00 | |

| Net Receipts : | 3,500.00 |
|---|---|
| Net Estate : | $3,500.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******9566 | 3,500.00 | 3,500.00 | 0.00 |
| | $3,500.00 | $3,500.00 | $0.00 |

{} Asset reference(s)

Printed: 07/08/2014 07:51 PM   V.13.15